UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DARIO RODRIGUEZ,<br>                              Plaintiff,<br>    v.<br>ADAM ENDEL, *et al.*,<br>                              Defendants. | Case No. 3:16-cv-00143-MMD-CBC<br><br>*and related cases* |
| DARIO RODRIGUEZ,<br>                              Plaintiff,<br>    v.<br>BRIAN SANDOVAL, *et al.*,<br>                              Defendants. | Case No. 3:16-cv-00276-MMD-CBC<br><br>*and* |
| DARIO RODRIGUEZ,<br>                              Plaintiff,<br>    v.<br>UNITED STATES SENATE, *et al.*,<br>                              Defendants. | Case No. 3:16-cv-00609-MMD-CBC<br><br>ORDER ON MOTION FOR RECONSIDERATION |

       The Court screened Plaintiff's second amended civil rights complaint on October 19, 2018, and permitted some of the claims to proceed while dismissing others. (ECF No. 30 at 11-13.)

       Plaintiff filed a motion for reconsideration on November 9, 2018. (ECF No. 32.) In that motion, Plaintiff objects to the dismissal of claims that were in his second amended complaint. (*Id.* at 1-2.) Plaintiff does not object to the dismissal of any claim in particular,

but instead seems to object to the dismissal of any claim. (*Id.*) He maintains that he is inexperienced in the law and that the Court should hear the rest of his lawsuit. (*Id.* at 2-4.)

A motion to reconsider must set forth "some valid reason why the court should reconsider its prior decision" and set "forth facts or law of a strongly convincing nature to persuade the court to reverse its prior decision." *Frasure v. United States*, 256 F.Supp.2d 1180, 1183 (D. Nev. 2003). Reconsideration is appropriate if this Court "(1) is presented with newly discovered evidence, (2) committed clear error or the initial decision was manifestly unjust, or (3) if there is an intervening change in controlling law." *Sch. Dist. No. 1J v. ACandS, Inc.*, 5 F.3d 1255, 1263 (9th Cir. 1993). "A motion for reconsideration is not an avenue to re-litigate the same issues and arguments upon which the court already has ruled." *Brown v. Kinross Gold, U.S.A.*, 378 F.Supp.2d 1280, 1288 (D. Nev. 2005).

The Court denies Plaintiff's motion for reconsideration. As the Court previously noted, Plaintiff already has received two opportunities to amend his complaint. Furthermore, Plaintiff has not identified any particular errors in the Court's latest screening order. This case will proceed based on the findings in the Court's October 19, 2018 screening order.

It is therefore ordered that Plaintiff's motion for reconsideration (ECF No. 32) is denied.

DATED THIS 9th day of January 2019.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE